| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Anglo-Dutch Petroleum International, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   7 6 – 0 2 7 3 8 3 1

4. **Debtor's address**

   **Principal place of business**
   
   9 Greenway Plaza, Suite 900  
   Number    Street
   
   Houston    TX    77046  
   City       State  ZIP Code
   
   Harris  
   County

   **Mailing address, if different from principal place of business**
   
   Number    Street
   
   P.O. Box
   
   City       State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   
   Number    Street
   
   City       State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Anglo-Dutch Petroleum International, Inc.**     Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11.  *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____ When _____ (MM/DD/YYYY) Case number _____
  District _____ When _____ (MM/DD/YYYY) Case number _____
  District _____ When _____ (MM/DD/YYYY) Case number _____

Debtor **Anglo-Dutch Petroleum International, Inc.**                    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.   Debtor _____  Relationship _____
             District _____  When _____ MM / DD / YYYY
             Case number, if known _____

List all cases. If more than 1, attach a separate list.

             Debtor _____  Relationship _____
             District _____  When _____ MM / DD / YYYY
             Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                             Number    Street
                             _____
                             _____
                             City                State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **Anglo-Dutch Petroleum International, Inc.**          Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | |
| **15.** | **Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/11/2019**
MM / DD / YYYY

X **/s/ Scott V. Van Dyke**                          **Scott V. Van Dyke**
Signature of authorized representative of debtor      Printed name

Title **Director**

**18. Signature of attorney**

X **/s/ Reese W. Baker**                             Date **02/11/2019**
Signature of attorney for debtor                      MM / DD / YYYY

**Reese W. Baker**
Printed name

**Baker & Associates**
Firm name

**950 Echo Lane**
Number       Street

**Suite 200**

**Houston**                                    **TX**            **77024**
City                                           State             ZIP Code

**(713) 869-9200**                             **courtdocs@bakerassociates.net**
Contact phone                                  Email address

**01587700**                                   **TX**
Bar number                                     State

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 4

Anzar Settlement Funding Corp
c/o Hagans Montomery & Rustay
3200 Travis Street
Houston, TX 77006


Forest Hunter Smith
c/o Hagans Montomery & Rustay
3200 Travis Street
Houston, TX 77006


Henke, Williams, & Boll, LLP
2929 Allen Parkway, Suite 3900
Houston, TX 77019


Internal Revenue Service
Insolvency Section
1919 Smith St  Stop 5022 HOU
Houston, TX 77002


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Littlemill Limited
c/o Hagans Montomery & Rustay
3200 Travis Street
Houston, TX 77006


McFall, Breitbell & Eldman, PC
Five Post Oak Park
4400 Post Oak Parkway, Suite 2850
Houston, TX 77027


Nickens, Keeton, Lawless, Farrell & Flac
600 Travis Street, Suite 7500
Houston, TX 77002


Prosperity Settlement Funding, Inc.
c/o Hagans Montomery & Rustay
3200 Travis Street
Houston, TX 77006

```
Robert J. Kruckemeyer
800 Commerce Street
Houston, TX 77022


Robert M. Press
c/o Hagans Montomery & Rustay
3200 Travis Street
Houston, TX 77006


Scott V. Van Dyke
9 Greenway Plaza, Suite 900
Houston, TX 77046
```